| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| PAK-PETRO, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:12-CV-247 |
| | § | |
| AMERICAN WESTERN HOME | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ORDER**

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On August 16, 2013, Judge Giblin issued a report and recommendation on the defendant's motion for summary judgment. He recommended that the Court grant the motion and dismiss the plaintiff's claims in their entirety.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

The Court ORDERS that the report and recommendation (#38) is ADOPTED. The Court further ORDERS that the defendant's motion for summary judgment (#22) is GRANTED. The Court will enter final judgment separately.

SIGNED at Beaumont, Texas, this 9th day of September, 2013.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE